UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v.—

GLEN BARFIELD,

Defendant.

**ORDER**

11 Cr. 1086 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This matter was scheduled for a conference for April 5, 2012. Due to the Court's schedule, this conference is adjourned to **April 11, 2012 at 2:30 p.m.**

Upon the application of the United States of America, by and through Assistant United States Attorney Daniel Tehrani, and with the consent of the Defendant, by and through defense counsel, it is hereby ORDERED that the time between today and April 11, 2012 is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A), to allow for continued discussions between the Government and defense counsel about a pretrial disposition of this case.

Dated: New York, New York
April 4, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 4/5/12
DATE FILED: _____