UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

United States of America,

                                  Plaintiff,

                    v.                              11-CR-01086 (PGG)

Glen Barfield,

                                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Patrick C. Ashby, an attorney authorized to

practice in this court, as counsel of record for Defendant Glen Barfield.  Patrick Ashby will join

Lance Croffoot-Suede, who has already appeared in this case and is also an attorney with

Linklaters LLP, as counsel of record for Defendant Glen Barfield.

Dated:    New York, New York
          June 1, 2012

                              Respectfully submitted,

                              Linklaters LLP

                              By:    /s/ Patrick C. Ashby
                                     _____
                              Patrick C. Ashby
                              1345 Avenue of the Americas,
                              New York, NY 10105
                              (212) 903-9000
                              (212) 903-9100 (fax)

                              Attorneys for Defendant