USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v.—

GLEN BARFIELD,

Defendant.

**ORDER**

11 Cr. 1086 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this matter currently scheduled for July 13, 2012 is adjourned to **August 20, 2012 at 2:30 p.m.**

Upon the application of the United States of America, by and through Assistant United States Attorney Daniel Tehrani, and with the consent of the Defendant, by and through defense counsel, it is hereby ORDERED that the time between today and August 20, 2012 is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A), to allow for continued discussions between the Government and defense counsel about a pretrial disposition of this case.

Dated: New York, New York
       July 13, 2012

SO ORDERED.

Paul G. Gardephe
United States District Judge