UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v.—

GLEN BARFIELD,

                                    Defendant.

**ORDER**

11 Cr. 1086 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

            The sentencing in this matter will take place on **December 5, 2012 at 3:00 p.m.**

The Defendant's written submission is due by November 21, 2012.  Any submission by the

Government is due by November 28, 2012.

            The conference in this matter currently scheduled for August 20, 2012 is hereby

adjourned.

Dated: New York, New York
        August  13  , 2012

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/16/12