```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v.—

GLEN BARFIELD,

                Defendant.

**ORDER**

11 Cr. 1086 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The sentencing in this matter originally scheduled for December 5, 2012, is adjourned to **December 19, 2012 at 10:30 a.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       October 18, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge