Request for Adjournment

| | | | |
|---|---|---|---|
| TO: | Honorable Paul G. Gardephe. U.S. District Court Judge | OFFENSE: | Distribution of Child Pornography |
| From: | Michele Greer Bambrick Senior U.S. Probation Officer | | |
| Re: | Barfield, Glen 11 CR 1086 (PGG) | Required Submission to Counsel Date: (35 days) November 14, 2012 | |
| Date: | November 28, 2012 | Defense Counsel : Patrick Ashby AUSA: Daniel Tehrani | |

*****************************************************************

This adjournment is requested for the following reason:

On September 18, 2012, Your Honor ordered that the defendant undergo a psychosexual evaluation to be conducted by Shoshanna Must, Ph.D. Sentencing for this matter is presently scheduled for December 19, 2012.

Due to scheduling issues and Hurricane Sandy, Dr. Must did not meet with the defendant until November 15, 2012. She is scheduled to meet with him a second time on December 6, 2012. Dr. Must has indicated that she expects her report will be finalized during late-December 2012. Consequently, we are requesting an adjournment which will permit our office to complete the PSI and comply with the disclosure requirements of Rule 32. It is our intent to first disclose the PSI and Dr. Must's report simultaneously.

Both the government and defense counsel have been advised of this request and have no objection to an adjournment. However, defense counsel has indicate that as a result of prior commitments, he is unavailable until the first week of February 2013. The Government has advised that they are also available that week.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

1.   AN ADJOURNMENT IS GRANTED: ✓

     IF APPROVED, NEW DATE OF SENTENCE Feb. 6, 2013 TIME 2:30 PM

2.   REQUEST IS DENIED _____

_Nov. 30, 2012_
DATE

_[signature]_
U.S. DISTRICT COURT JUDGE

cc:  Daniel Tehrani (daniel.tehrani@usdoj.gov)
     Patrick Ashby (patrick.ashby@linklaters.com)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/12

NY 468