USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

      - v. -                   :

GLEN BARFIELD,                    :

      Defendant.              :

- - - - - - - - - - - - - - - - x

**ORDER**

11 Cr. 1086 (PGG)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 7, 2012 and the District Court on February 6, 2013;

WHEREAS, a transcript of the allocution before the United States Magistrate Judge was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript and based on the proceeding before this Court, the Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York
        Feb. 6 ___, 2013

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE