```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

        - against -

GLEN BARFIELD,

        Defendant

------------------------------------------------------------x

11 CR 1086-01 (PGG)

ORDER

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kenneth J. Lau, LCSW-R, in the amount of $2,000, for professional services rendered in connection with the above captioned case.

      SO ORDERED,

Dated: New York, New York
      ~~February____, 2013~~
      March 8, 2013

                              _____
                              Honorable Paul G. Gardephe
                              U.S. District Judge

# KENNETH J. LAU, LCSW-R P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

## INVOICE

**Date Submitted:** January 2, 2012

**Re:** Glen Barfield          **D.O.B.** 1/19/1972

**Dates Seen**: November 15 & December 13, 2012

**Location:** Metropolitan Detention Center, 80 29th Street, Brooklyn, NY

**Type of Assessment/Evaluation:**

    Adult Sexual Offense Psychosexual Risk Evaluation

**Completed By:** Shoshanna Must, Ph.D.
    Kenneth J. Lau, LCSW.

**Payment Information:**

    Total Cost of Assessment/Evaluation     **$ 2,000.00**

Please make check **payable** to: **Kenneth J. Lau, LCSW**
Please send check to: **280 North Central Ave. Suite 40**
    **Hartsdale, New York 10530**

*Kenneth J. Lau, LCSW*
EIN #: 30-0692822
NPI Number: 1245388511